FILED
CLERK, U.S. DISTRICT COURT

2/1/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUDELL R. KELLY,<br><br>      Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY PROBATION DEPARTMENT, et al.,<br><br>      Defendants. | Case No. ED CV 15-01909 BRO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice for failure to prosecute.

DATED: February 1, 2016

                                                       _____
                                                       BEVERLY REID O'CONNELL
                                                       UNITED STATES DISTRICT JUDGE