JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/1/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUDELL R. KELLY, | Case No. ED CV 15-01909 BRO (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO COUNTY PROBATION DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: February 1, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE